# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA LASATER, | Case No.: 2:17-cv-02377-APG-PAL |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 7] |
| ANABI OIL, | |
| Defendant | |

On October 23, 2018, Magistrate Judge Leen recommended I dismiss the complaint without prejudice because plaintiff Priscilla Lasater did not file an amended complaint as directed, did not request an extension of time to do so, and has taken no other action to prosecute the case. ECF No. 7. Lasater did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 7) is accepted**. Plaintiff Priscilla Lasater's complaint is DISMISSED without prejudice.

DATED this 9th day of November, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE